IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK A. PEREZ,           : | | CIVIL ACTION |
|     Petitioner       : | | |
|                               : | | |
| vs.                                : | | NO 13-6085 |
|                               : | | |
| SUPERINTENDENT COAL : | | |
| TOWNSHIP, et al.,        : | | |
|     Respondents    : | | |

## O R D E R

**AND NOW,** this 19th day of December, 2016, upon careful and independent consideration of the petition for writ of *habeas corpus*, the response to the petition and appended exhibits, the reply, and available state court records, and after review of the thorough and well-reasoned Report and Recommendation of United States Magistrate Judge David R. Strawbridge, there being no Objections thereto, IT IS HEREBY ORDERED that:

    1.  The Report and Recommendation is APPROVED and ADOPTED;

    2.  The petition for writ of *habeas corpus* is DENIED;

    3.  A certificate of appealability shall not issue, in that the petitioner has not made a substantial showing of the denial of a constitutional right.  See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 484 (2000).

                                                                  BY THE COURT:

                                                    */s/ Lawrence F. Stengel*
                                                   LAWRENCE F. STENGEL, J.